In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00157-CV
_____


IN THE INTEREST OF R.T.W.

On Appeal from the 317th District Court
Jefferson County, Texas
Trial Cause No. C-186,023-A

**MEMORANDUM OPINION**

The appellant filed a notice of appeal from temporary orders in a suit affecting the parent-child relationship. We questioned our jurisdiction and invited the parties to file responses. No response has been filed. We also warned the appellant that the filing fee must be paid unless she established indigence. The appellant neither asserted indigence nor paid the filing fee.

Generally, an appeal may be taken only from a final judgment. *Lehmann v. Har–Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Generally, temporary orders in suits affecting the parent-child relationship "are not subject to interlocutory

1

appeal." Tex. Fam. Code Ann. § 105.001 (West 2008). The appellant has not shown that a statute authorizes an appeal at this time. Furthermore, the appellant did not file a response within the schedule set by the Court. *See* Tex. R. App. P. 42.3. We dismiss the appeal. *Id.*

APPEAL DISMISSED.


_____
HOLLIS HORTON
Justice


Opinion Delivered May 16, 2013
Before McKeithen, C.J., Kreger and Horton, JJ.